UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

INDEX #: 23-cv-1322(GRB)(ARL)

Attorneys: Company: Cermele & Wood LLP PH: (914) 967-2753
Address: 2 Westchester Park Drive Suite 110 White Plains, NY 10604

Date Filed: 2/22/2023

Client's File No.:

STEVEN P. D'ANGELO, el al.

vs

ARTHUR D'ANNUNZIO, el al.

*Plaintiff*

*Defendant*

**AFFIDAVIT OF SERVICE**

STATE OF New York, COUNTY OF Richmond SS.:

John Olivieri, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 2/28/23 at 12:15 PM at 4366 A Victory Blvd SI NY 10314, deponent served the within Summons in a Civil Action and Complaint with Jury Demand

on: Jewelry Designer Showcase, Inc., therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to Arthur D'Annunzio the person so served to be the Owner and that deponent knew of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#5 MAIL COPY** [ ] On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___
[ ] and by Certified Mail # ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ___

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M  Color of skin: W  Color of hair: BLK  Age: 65  Height: 5'11
Weight: 320  Other Features: ___

**#8 WIT. FEES** Subpoena Fee Tendered in the amount of ___

**#9 MILITARY SRVC** [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ___ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ] ___

Sworn to before me on 2Nd of March 2023

*Maia Rosario*

MAIA ROSARIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R05035637
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES 11/07/2026

*John Olivieri*
Please Print Name Below Signature

Job # 2006244