**Attorneys:** Company: Cermele & Wood LLP PH: (914) 967-2753
**Address:** 2 Westchester Park Drive Suite 110 White Plains, NY 10604

Date Filed: 2/22/2023

Client's File No.:

STEVEN P. D'ANGELO, el al.

*vs*

ARTHUR D'ANNUNZIO, el al.

*Plaintiff*

*Defendant*

STATE OF __New York__ , COUNTY OF __Richmond__ SS.: **AFFIDAVIT OF SERVICE**

__John Olivieri__ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __2/28/23__ at __12:15 PM__
at __4366 A Victory Blvd, SI NY 10314__ , deponent served the within

Summons in a Civil Action and Complaint with Jury Demand

on: **PPAD Inc. & Associates** , therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to __Arthur D' Annuzio__ and that deponent knew the person so served to be the _____ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ to the above address in a 1st Class [ ] and by Certified Mail # _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __M__ Color of skin: __W__ Color of hair: __Blue__ Age: __65__ Height: __5'11__
Weight: __320__ Other Features: _____

**#8 WIT FEES** Subpoena Fee Tendered in the amount of _____

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** _____

Sworn to before me on __2nd March 2023__

Maria Rosario

__John Olivieri__
Please Print Name Below Signature

MAIA ROSARIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R05035637
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES 11/07/2026

Job # 2006245