UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK    INDEX 2:23-cv-1322(GRB)(ARL)

Attorneys: Company: Cermele & Wood LLP PH: (914) 967-2753
Address: 2 Westchester Park Drive Suite 110 White Plains, NY 10604

Date Filed: 2/22/2023

Client's File No.:

STEVEN P. D'ANGELO, el al.

vs

ARTHUR D'ANNUNZIO, el al.

Plaintiff

Defendant

STATE OF **New York**, COUNTY OF **Richmond** SS.:    **AFFIDAVIT OF SERVICE**

**John Olivieri**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **2/28/23** at **12/5 PM**
at **4366 A Victory Blvd SI NY 10314**, deponent served the within

Summons in a Civil Action and Complaint with Jury Demand

on:    **Arthur D'Annunzio**    , therein named.

**#1 INDIVIDUAL** [✓]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ [ ] and by Certified Mail # _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [✓] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: **M**   Color of skin: **W**   Color of hair: **BLK**   Age: **65**   Height: **5'11**
Weight: **320**   Other Features: _____

**#8 WIT. FEES**  Subpoena Fee Tendered in the amount of _____

**#9 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]  _____

Sworn to before me on **2ND of March 2023**

MAIA ROSARIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R05035637
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES **11/07/2026**

*Maia Rosario*

**John Olivieri**
Please Print Name Below Signature

Job # 2006243