# UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

INDEX 23cv1322(GRB)(ARL)

**Attorneys:** Company: Cermele & Wood LLP PH: (914) 967-2753
**Address:** 2 Westchester Park Drive Suite 110 White Plains, NY 10604

Date Filed: 2/22/2023

Client's File No.:

STEVEN P. D'ANGELO, el al.

*vs*

ARTHUR D'ANNUNZIO, el al.

Plaintiff

Defendant

STATE OF New York , COUNTY OF Richmond SS.: **AFFIDAVIT OF SERVICE**

John Olivieri , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 2/28/23 at 1045 AM.
at 43 New dorp Plaza · Staten Island, NY, deponent served the within

Summons in a Civil Action and Complaint with Jury Demand

on: **Paul Joseph DeVito** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to Tom a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [X] On 2/28/23 , deponent completed service under the last two sections by depositing a copy of the Summons in a Civil action & Cumplast w/Jsu to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York .
[ ] and by Certified Mail # _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: M Color of skin: W Color of hair: Sogt Age: 50 Height: 5'10
Weight: 190 Other Features: _____

**#8 WIT. FEES** [ ] Subpoena Fee Tendered in the amount of _____

**#9 MILITARY SRVC** [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]

Sworn to before me on 2 of March 2023.

*Maia Rosario*

MAIA ROSARIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R05035637
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES 11/07/2026

John Olivieri
Please Print Name Below Signature

Job # 2006246