Attorneys: Company: Cermele & Wood LLP PH: (914) 967-2753
Address: 2 Westchester Park Drive Suite 110 White Plains, NY 10604

Date Filed: 2/22/2023

Client's File No.:

STEVEN P. D'ANGELO, el al.

vs

ARTHUR D'ANNUNZIO, el al.

Plaintiff

Defendant

STATE OF _New York_, COUNTY OF _Richmond_ SS.:    **AFFIDAVIT OF SERVICE**

_John Olivieri_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On _2/28/23_ at _1045 Am_ at _43 New Dorp Plaza, SI NY_, deponent served the within

Summons in a Civil Action and Complaint with Jury Demand

on: **DeVito & DeVito, P.C.** , therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to _TOM_ and that deponent knew the person so served to be the _Authorized Person_ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#5 MAIL COPY** [ ] On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___
[ ] and by Certified Mail # ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding
[ ] Address does not exist   [ ] Other: ___

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: _M_   Color of skin: _W_   Color of hair: _Blk_   Age: _67-50_   Height: _5'10_
Weight: _190_   Other Features: ___

**#8 WIT FEES** Subpoena Fee Tendered in the amount of ___

**#9 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ___ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ] ___

Sworn to before me on _2nd of March 2023_

_Maia Rosario_

MAIA ROSARIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01R05035637
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES _11/07/2026_

_John Olivieri_
Please Print Name Below Signature

Job # 2006247