**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

_____

STEVEN P. D'ANGELO, STEVELINE INC,
SPG SHERIDAN GROUP, LLC, and
LAWRENCE RUBIN

       *Plaintiff,*

       v.                                              Case No. 2:23-cv-01322-GRB-ARL

ARTHUR D'ANNUNZIO,
JEWELRY DESIGNER SHOWCASE, INC.,
PPAD, INC. & ASSOCIATES,
PAUL JOSEPH DEVITO
DEVITO & DEVITO, P.C.
SEAN WILLIAMS,
WILLIAMS & FOSTER CONSULTING GROUP,
LLC, and DAVID ROSENBLUM

       *Defendants,*

_____/

## FED. R. CIV. PRO. RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. Pro. Rule 7.1, the defendants certify as follows:

1. Jewelry Designer Showcase, Inc., a Delaware corporation, certifies that it does not have a parent corporation, nor does any publically traded corporation own more than 10% of its stock;

2. PPAD, INC. & Associates, Inc., a New York corporation, certifies that it does not have a parent corporation, nor does any publically traded corporation own more than 10% of its stock;

3. Devito & Devito P.C., a New York Professional Corporation, certifies that it does not have a parent corporation, nor does any publically traded corporation own more than 10% of its stock;

4. Williams & Foster Consulting Group, LLC, a New York State limited liability company, certifies that it does not have a parent corporation, nor does any publically traded corporation own more than a 10% ownership interest.

Dated, this the 20th day of March 2023.

    _s/Steven J. Miller_____
Steven J. Miller, Esq.
Email: steve@miller-law-offices.com
THE MILLER LAW OFFICES, PLC
4000 Ponce de Leon Blvd. – Suite 470
Coral Gables, FL 33146
Tel.: 305-803-5168
Fax:  305-675-4605
*Attorney for Defendants*

CERTIFICATION

      I hereby certify that on March 20, 2023, that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      _s/Steven J. Miller___  
Steven J. Miller, Esq.  
THE MILLER LAW OFFICES, PLC  
4000 Ponce de Leon Blvd. – Suite 470  
Coral Gables, FL 33146  
Tel.: 305-803-5168  
Fax: 305-675-4605  
Email: steve@miller-law-offices.com  
*Attorney for Defendants*