UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
STEVEN P. D'ANGELO, et al.,

                Plaintiff,

      -against-                                           **ORDER**
                                                                                    23-CV-1322 (GRB) (ARL)

ARTHUR D'ANNUNZIO, ET AL.,

                Defendants.
---------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is the defendants' request to have the Court so order a proposed Confidentiality/Protective Order, which is based on a sample order annexed to Magistrate Judge James R. Cho's Individual Practices page. The plaintiffs oppose the request to the extent that the definition of Sensitive Commercial Data includes "customer lists, financial data, projected sales data, matters relating to mergers and acquisitions "and "financial information." The plaintiffs argue that the defendants should not be permitted to hide from public view (i) their misappropriation of the plaintiffs' funds, (ii) their failure to take the defendant JDS public or sell it, and (iii) that their revenue, sales, and profits do not match what has been represented to investors.

      Over the plaintiffs' objection, the proposed Confidentiality/Protective Order is so ordered. "In determining the weight to be accorded an assertion of a right of privacy, courts should first consider the degree to which the subject matter is traditionally considered private rather than public." *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). Financial records of a wholly owned business, like those the defendants seek to protect, typically weigh more heavily against access. *Id.*

Dated:  Central Islip, New York                        SO ORDERED:
            July 26, 2023                                        _____/s_____
                                                                         ARLENE R. LINDSAY
                                                                         United States Magistrate Judge