

Benjamin M. Rattner, Partner
ben@cw.legal

September 11, 2023

<u>*Via* ECF</u>

Honorable Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

>Re: *Steven P. D'Angelo, et al. v. Arthur D'Annunzio, et al.*,
>No. 2:23-cv-01322

Dear Magistrate Judge Lindsay:

  This firm represents Plaintiffs Steven P. D'Angelo ("<u>D'Angelo</u>"), Steveline, Inc. ("<u>Steveline</u>"), SPG Sheridan Group LLC ("<u>SPG</u>"), and Lawrence Rubin ("<u>Rubin</u>," and together with D'Angelo, Steveline, and SPG, the "<u>Plaintiffs</u>") in the above-referenced action. We write jointly with defendants to advise the Court of the status of court-annexed mediation. The parties have reached an agreement in principle to settle this litigation. However, the issues involved in the settlement are complex and involve multiple limited liability companies that are not parties in this litigation. Accordingly, it will take some time to finalize the settlement agreements being drafted and file a stipulation of dismissal.

  We thank the Court for its time and attention to this matter.

                  Respectfully submitted,

                  */s/ Benjamin M. Rattner*

                  Benjamin M. Rattner

cc:  Steven Miller, Esq.